No. 106. ILLINOIS EX REL. KENNEDY *v.* HURLEY ET AL., CIVIL SERVICE COMMISSIONERS OF THE CITY OF CHICAGO. Appellate Court of Illinois, First District. Certiorari de-

nied. *Daniel D. Glasser* and *Eugene R. Ward* for petitioner. *John J. Mortimer, L. Louis Karton* and *Arthur Magid* for respondents.